UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY J. GRIFFIN, | CASE NO. C21-5385 MJP |
| Plaintiff, | ORDER ADOPTING REPORT AND RECOMMENDATION |
| v. | |
| MERIT SYSTEM PROTECTION BOARD, | |
| Defendant. | |

The Court, having reviewed plaintiff's motion to proceed in forma pauperis (Dkt. 1), the Report and Recommendation of United States Magistrate Judge Theresa L. Fricke (Dkt. No. 4), and the balance of the record, does hereby ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's Motion to Proceed In Forma Pauperis (Dkt. 1) is DENIED;

(3) The Clerk of Court is directed to file the complaint only on receipt of the usual filing fee.  If no filing fee is paid within 30 days of the date of this Order, the Clerk shall close the file.

1 | The Clerk is directed to send a copy of this Order to plaintiff and to Magistrate Judge
2 | Theresa L. Fricke. The clerk is ordered to provide copies of this order to all counsel.
3 | Dated September 7, 2021.

Marsha J. Pechman
United States Senior District Judge